UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>JON-ERIC HOTTINGER DDS;<br>JON-ERIC HOTTINGER DDS, INC.,<br>individually and dba JON ERIC<br>HOTTINGER DDS,<br><br>  Defendants. | 2:06-cv-2888-GEB-EFB<br><br><u>STATUS (PRETRIAL</u><br><u>SCHEDULING) ORDER</u> |

On March 9, 2007, Plaintiff filed a Notice of Settlement indicating "the parties have settled this action" and "[d]ispositional documents will be filed within (20) calendar days."  Therefore, a dispositional document shall be filed no later than March 29, 2007.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  <u>See</u> L.R. 16-160(b) ("A

///

///

///

1 | failure to file dispositional papers on the date prescribed by the
2 | Court may be grounds for sanctions.").
3 |         IT IS SO ORDERED.
4 | Dated:  March 9, 2007
5 |
6 |                               _____
7 |                               GARLAND E. BURRELL, JR.
                                  United States District Judge